IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT
DISTRICT OF NEBRASKA
2011 APR -7 AM 9: 08
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | VIOLATION NO. 1752778 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN T. BROWN, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter at the request of the undersigned because the defendant is being prosecuted in the state of Colorado for violations of state law. The law enforcement agency involved in this case has been advised of this decision, and is in agreement.

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: *[signature]*
ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 7th day of April, 2011.

BY THE COURT:

*[signature]*
CHERYL R. ZWART
United States Magistrate Judge